EDWARD SKITT et al., Individually and as Guardian ad Litem of JEAN A. SKITT, an Infant, Respondent, *v.* HENRY C. BICKMEYER et al., Individually and Doing Business under the Name of WHITE PLAINS SKATING RINK, Appellants.

Submitted March 2, 1949; decided April 14, 1949.

*Munn Brewer* for appellants.

*Irving J. Bland* and *Sydney A. Syme* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.